1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PATRICIA CAMPBELL,              Case No. CV 14-8246 SS

12              Plaintiff,

13        v.                              **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration,

16              Defendant.

17

18

19        IT IS ADJUDGED that the decision of the Commissioner is

20   REVERSED and that the above-captioned action is REMANDED to the

21   Commissioner for further proceedings consistent with the Court's

22   Memorandum Decision and Order.

23

24   DATED:  July 1, 2015

25

26                              _____/S/_____
                                SUZANNE H. SEGAL
27                              UNITED STATES MAGISTRATE JUDGE

28